UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In Re:                                    )
                                          )
Keith W. Grissom,                         )   Chapter 7 Case No. 08-26194 ABC
and                                       )
Farah Grissom,                            )
                                          )
Debtors.                                  )

---

## PAYMENT ADVICES

---

Debtor, Keith W. Grissom, files the attached 6 payment advices from 03/01/08 to 08/31/08 from 1 employer.

DATED this 15th day of October, 2008.

**ALPERN MYERS STUART LLC**

*/duly signed original at the offices of*
*Alpern Myers Stuart LLC*

/s/ Kenneth P. Myers, 7464
Attorney for Debtors
14 N. Sierra Madre, Suite A
Colorado Springs, CO 80903-3379
Telephone: 719/471-7955
FAX: 719-630-1794 FAX
E-mail: kmyers@coloradolawyers.net

## CERTIFICATE OF MAILING

I hereby certify that I have deposited in the United States mail a true and correct copy of the foregoing **PAYMENT ADVICES**, first-class postage prepaid and properly addressed this 15th day of October, 2008, to:

Simon E. Rodriguez
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

*Phyllis Light*

Franchisee Statement  
Month Starting: 3/1/08

Jan-Pro of Southern Colorado  
5350 Tomah Dr., Suite 1100, Colorado Springs, CO

**Franchisee**  
Keith & Farah Grissom  
3487 Tail Spin Drive  
Colorado Springs, CO  80916

**JAN-PRO CLEANING SYSTEMS**  
Measurable Cleaning. Guaranteed Results.™

| Revenue | | |
|---|---|---|
| RS Services Billed | 4695.00 | |
| Special Services | 1160.00 | |
| Referral Fee | | |
| Statement Gross | | 5855.00 |
| **Standard Deductions** | | |
| Royalties | -585.50 | |
| Management Fee | -292.75 | |
| Insurance Fee % | -347.79 | |
| Note Principal | -740.79 | |
| Note Interest | -47.29 | |
| Admin Fee | -22.50 | |
| Purchases | -509.43 | |
| Uniform Purchases | 0.00 | |
| Sales Tax | -37.70 | |
| Service Call Charges | 0.00 | |
| Total Deductions | | -2583.75 |
| **Miscellaneous Deductions and Credits** | | |
| Misc. Deductions | 0.00 | |
| **AR Withholding and Recovery** | | |
| Total AR Withholding and Recovery | 0.00 | |
| **Net Check Amount** | | |
| Statement Net | | 3271.25 |

Date Paid ____/____/_____        Check # _____

Keith or Farah Grissom                                       4/30/2008

| Account | Amount |
|---|---|
| 5000 · Cleaning Expense | 4,695.00 |
| 5000 · Cleaning Expense | 1,160.00 |
| 4020 · Management Fees | -292.75 |
| 4010 · Fees Insurance | -347.79 |
| 4030 · Specials | -22.50 |
| 4025 · Royalties | -585.50 |
| 1210 · Supply/Accounts Receivable | -547.13 |
| 1400 · Notes Receivable Current:1401.02 | -486.71 |
| 1800 · Notes Receivable Non-Current:18 | -48.10 |
| 4015 · Franchise Sales:4015.10 · Interest | -21.57 |
| 1400 · Notes Receivable Current | -205.98 |
| 4015 · Franchise Sales:4015.10 · Interest | -25.72 |

First Community Bank    3665872:Mar 2008                    3,271.25
WE'RE HERE, INC. DBA: JAN-PRO OF SOUTHERN COLORADO

| Franchisee Statement | Jan-Pro of Southern Colorado |
|---|---|
| Month Starting: 4/1/08 | 5350 Tomah Dr., Suite 1100, Colorado Springs, CO |

| Franchisee |
|---|
| Keith & Farah Grissom |
| 3487 Tail Spin Drive |
| Colorado Springs, CO 80916 |

**JAN-PRO CLEANING SYSTEMS**
Measurable Cleaning. Guaranteed Results.™

### Revenue

| | | |
|---|---|---|
| RS Services Billed | 5472.24 | |
| Special Services | .00 | |
| Referral Fee | .00 | |
| Statement Gross | | 5472.24 |

### Standard Deductions

| | | |
|---|---|---|
| Royalties | -547.22 | |
| Management Fee | -273.61 | |
| Insurance Fee % | -325.05 | |
| Note Principal | -267.19 | |
| Note Interest | -16.69 | |
| Admin Fee | .00 | |
| Purchases | -100.68 | |
| Uniform Purchases | .00 | |
| Sales Tax | -7.45 | |
| Service Call Charges | .00 | |
| Total Deductions | | -1537.89 |

### Miscellaneous Deductions and Credits

| | | |
|---|---|---|
| Recapture 1/2 of $2000 advance, 4/9/08 check #10473 | -1000.00 | |
| Fee charged on 1/2 of $2000 advance $1000 x 7% | -70.00 | |
| Misc. Deductions | | -1070.00 |

*[handwritten: put back taking out next month in next month]*

### AR Withholding and Recovery

| | | |
|---|---|---|
| Total AR Withholding and Recovery | | .00 |

### Net Check Amount

| | |
|---|---|
| Statement Net | 2864.35 |

Date Paid ___/___/___          Check # _____

Keith or Farah Grissom  5/30/2008

| Account | Amount |
|---|---|
| 5000 · Cleaning Expense | 5,472.24 |
| 4020 · Management Fees | -273.61 |
| 4010 · Fees Insurance | -325.05 |
| 4025 · Royalties | -547.22 |
| 1210 · Supply/Accounts Receivable | -108.13 |
| 1400 · Notes Receivable Current:1401.0 | -218.68 |
| 1800 · Notes Receivable Non-Current:18 | -48.51 |
| 4015 · Franchise Sales:4015.10 · Interest | -16.69 |
| 4005 · Charge Backs:4005.07 · Advance | -70.00 |
| 1260 · Franchisee Advance | -1,000.00 |

WE'RE HERE, INC. DBA: JAN-PRO OF SOUTHERN COLORADO

| Franchisee Statement | Jan-Pro of Southern Colorado |
|---|---|
| Month Starting: 5/1/08 | 5350 Tomah Dr., Suite 1100, Colorado Springs, CO |

| Franchisee |
|---|
| Grissom, Keith & Farah |
| 3487 Tail Spin Drive |
| Colorado Springs, CO  80916 |


Measurable Cleaning. Guaranteed Results.℠

| Revenue | | |
|---|---|---|
| RS Services Billed | 5623.29 | |
| Special Services | 285.00 | |
| Referral Fee | 0.00 | |
| Statement Gross | | 5908.29 |
| **Standard Deductions** | | |
| Royalties | -590.83 | |
| Management Fee | -295.41 | |
| Insurance Fee % | -350.95 | |
| Note Principal | -269.41 | |
| Note Interest | -14.47 | |
| Admin Fee | 0.00 | |
| Purchases | -297.98 | |
| Uniform Purchases | 0.00 | |
| Sales Tax | -22.05 | |
| Service Call Charges | 0.00 | |
| Total Deductions | | -1841.10 |
| **Miscellaneous Deductions and Credits** | | |
| Recapture 2nd 1/2 of $2000 advance 4/9/08 check #10473 | -1000.00 | |
| | .00 | |
| Misc. Deductions | | -1000.00 |
| **AR Withholding and Recovery** | | |
| Total AR Withholding and Recovery | | .00 |
| **Net Check Amount** | | |
| Statement Net | | 3067.19 |

Date Paid ___/___/_____                                              Check # _____

Keith or Farah Grissom  
6/30/2008

010877

| Account | Amount |
|---|---|
| 5000 · Cleaning Expense | 5,623.29 |
| 5000 · Cleaning Expense | 285.00 |
| 4020 · Management Fees | -295.41 |
| 4010 · Fees Insurance | -350.95 |
| 4025 · Royalties | -590.83 |
| 1210 · Supply/Accounts Receivable | -320.03 |
| 1400 · Notes Receivable Current:1401.02 | -220.50 |
| 1800 · Notes Receivable Non-Current:18 | -48.91 |
| 4015 · Franchise Sales:4015.10 · Interest | -14.47 |
| 1260 · Franchisee Advance | -1,000.00 |

First Community Bank   3978773:May 2008          3,067.19

**VE'RE HERE, INC. DBA: JAN-PRO OF SOUTHERN COLORADO**

| Franchisee Statement | Jan-Pro of Southern Colorado |
|---|---|
| Month Starting: 6/1/08 | 5350 Tomah Dr., Suite 1100, Colorado Springs, CO |



Measurable Cleaning. Guaranteed Results.™

| Franchisee |
|---|
| Grissom, Keith & Farah |
| 3487 Tail Spin Drive |
| Colorado Springs, CO  80916 |

### Revenue

| | | |
|---|---|---|
| RS Services Billed | 6350.00 | |
| Special Services | 0.00 | |
| Referral Fee | | |
| Statement Gross | | 6350.00 |

### Standard Deductions

| | | |
|---|---|---|
| Royalties | -635.00 | |
| Management Fee | -317.50 | |
| Insurance Fee % | -377.19 | |
| Note Principal | -271.66 | |
| Note Interest | -12.22 | |
| Admin Fee | 0.00 | |
| Purchases | -174.35 | |
| Uniform Purchases | 0.00 | |
| Sales Tax | -12.53 | |
| Service Call Charges | 0.00 | |
| Total Deductions | | -1800.45 |

### Miscellaneous Deductions and Credits

| | |
|---|---|
| Misc. Deductions | 0.00 |

### AR Withholding and Recovery

| | |
|---|---|
| Total AR Withholding and Recovery | 0.00 |

### Net Check Amount

| | |
|---|---|
| Statement Net | 4549.55 |

Date Paid ____/____/_____         Check # _____

Franchisee Statement  
Month Starting: 7/1/08

Jan-Pro of Southern Colorado  
5350 Tomah Dr., Suite 1100, Colorado Springs, CO



Measurable Cleaning. Guaranteed Results.™

**Franchisee**  
Grissom, Keith & Farah  
3487 Tail Spin Drive  
Colorado Springs, CO  80916

## Revenue

| | |
|---|---:|
| RS Services Billed | 6350.00 |
| Special Services | 0.00 |
| Referral Fee | |
| Statement Gross | 6350.00 |

## Standard Deductions

| | |
|---|---:|
| Royalties | -635.00 |
| Management Fee | -317.50 |
| Insurance Fee % | -377.19 |
| Note Principal | -49.73 |
| Note Interest | -9.96 |
| Admin Fee | 0.00 |
| Purchases | -317.21 |
| Uniform Purchases | 0.00 |
| Sales Tax | -20.59 |
| Service Call Charges | 0.00 |
| Total Deductions | -1727.18 |

## Miscellaneous Deductions and Credits

| | |
|---|---:|
| Recapture advance - fees already collected on May check | -1000.00 |
| Recapture 1/2 of $1600 advance ck #10981 7/7/08 | -800.00 |
| Fee charged on 1/2 of $1600 advance | -56.00 |
| Misc. Deductions | -1856.00 |

## AR Withholding and Recovery

| | |
|---|---:|
| Total AR Withholding and Recovery | 0.00 |

## Net Check Amount

| | |
|---|---:|
| Statement Net | 2766.82 |

Date Paid ___/___/_____        Check # _____

| | | |
|---|---|---|
| Keith or Farah Grissom | 8/29/2008 | 011194 |
| 5000 · Cleaning Expense | | 6,350.00 |
| 4020 · Management Fees | | -317.50 |
| 4010 · Fees Insurance | | -377.19 |
| 4025 · Royalties | | -635.00 |
| 1210 · Supply/Accounts Receivable | | -337.80 |
| 1800 · Notes Receivable Non-Current:18 | | -49.73 |
| 4015 · Franchise Sales:4015.10 · Interest | | -9.96 |
| 4005 · Charge Backs:4005.07 · Advance | | -56.00 |
| 1260 · Franchisee Advance | | -1,800.00 |

+800 Reimb✗

2,766.82

WE'RE HERE, INC. DBA JAN-PRO OF SOUTHERN COLORADO

| Franchisee Statement | Jan-Pro of Southern Colorado |
|---|---|
| Month Starting: 8/1/08 | 5350 Tomah Dr., Suite 1100, Colorado Springs, CO |

| Franchisee |
|---|
| Grissom, Keith & Farah |
| 3487 Tail Spin Drive |
| Colorado Springs, CO  80916 |

**JAN-PRO CLEANING SYSTEMS**
Measurable Cleaning. Guaranteed Results.™

### Revenue

| | | |
|---|---:|---:|
| RS Services Billed | 6350.00 | |
| Special Services | 2330.00 | |
| Referral Fee | | |
| Statement Gross | | 8680.00 |

### Standard Deductions

| | | |
|---|---:|---:|
| Royalties | -868.00 | |
| Management Fee | -434.00 | |
| Insurance Fee % | -515.59 | |
| Note Principal | -50.14 | |
| Note Interest | -9.55 | |
| Admin Fee | -233.00 | |
| Purchases | -369.68 | |
| Uniform Purchases | 0.00 | |
| Sales Tax | -27.35 | |
| Service Call Charges | 0.00 | |
| Total Deductions | | -2507.31 |

### Miscellaneous Deductions and Credits

| | | |
|---|---:|---:|
| Fee charged on 2nd half of $1600 advance | -56.00 | |
| Recaptured 2nd half of $1600 advance ck #10981  7/7/08 | -800.00 | |
| Misc. Deductions | | -856.00 |

### AR Withholding and Recovery

| | |
|---|---:|
| Total AR Withholding and Recovery | 0.00 |

### Net Check Amount

| | |
|---|---:|
| Statement Net | 5316.69 |

Date Paid ____/____/____                    Check # _____

*can't find stub again - same info as above*