UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Keith W. Grissom, | ) | Chapter 7 Case No. 08-26194 ABC |
| and | ) | |
| Farah Grissom, | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of the above-captioned case.

*Old Address;*
Keith W. Grissom & Farah Grissom
3487 Tailspin Drive
Colorado Springs, CO  80916
719-963-3184 - Cell

Change to:

Keith W. Grissom & Farah Grissom
397 Woodlake Drive
Apt. 77
Salt Lake City, UT  84107
179-963-3184 - Cell

DATED this 28th day of July, 2010.

ALPERN MYERS STUART LLC

*/duly signed original at the offices of
Alpern Myers Stuart LLC*

/s/  Kenneth P. Myers, 7464
    Attorney for Debtors
    14 N. Sierra Madre, Suite A
    Colorado Springs, CO 80903-3379
    Telephone:  719/471-7955
    FAX:  719- 630-1794 FAX
    E-mail: kmyers@coloradolawyers.net

## CERTIFICATE OF MAILING

I hereby certify that I have deposited in the United States mail a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines**, first-class postage prepaid and properly addressed, or was made available this 29th day of Julyl, 2010, to:

Simon E. Rodriguez
Chapter 7 Trustee
P.O. Box 36324
Denver, CO 80236

*/duly signed original at the offices of*
*Alpern Myers Stuart LLC*

/s/ Phyllis P. Light